### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY WYATT, | : | |
| Petitioner | : | No. 1:25-cv-01918 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| BERNADETTE MASON, et al., | : | |
| Respondents | : | |

### ORDER

**AND NOW**, on this 22nd day of December 2025, upon consideration of pro se Petitioner Gregory Wyatt ("Wyatt")'s application for leave to proceed in forma pauperis ("IFP Application") (Doc. No. 3), certified prisoner trust fund account statement (Doc. No. 7), petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1), and supporting memorandum of law (Doc. No. 2), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The IFP Application (Doc. No. 3) is **GRANTED**, and Wyatt has leave to proceed in forma pauperis in this case;

2. Wyatt's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DEEMED FILED**;

3. Wyatt's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

4. A certificate of appealability **SHALL NOT** issue;

5. The Clerk of Court **SHALL NOTIFY** Wyatt of the accompanying Memorandum and this Order; and

6. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania